JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>　　　Plaintiff<br><br>　　v.<br><br>J. GASTELO, et al.,<br><br>　　　Defendants. | Case No. 2:21-cv-04502-DOC-JEM<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED THAT the above-captioned action is dismissed without leave to amend.

DATE: March 14, 2023

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE